1 | Armen Davidian
8517 Marklein Avenue
North Hills, CA 91343
2 | Tel: +1 (323) 441-3722
Email: xcho520i@yahoo.com
3

FILED

DEC 29 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

4

### UNITED STATES BANKRUPTCY COURT

5 | ### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

6 | In re
Armen Davidian
7 |                              Debtor.

Adversary: 1:25-ap-01080-MB
BK Case No. 1:25-bk-11688
Chapter 7

8 | Gregg Roberts
                             Plaintiff
9 | v.
Armen Davidian
10 |                            Defendant

**DEFENDANT'S ANSWER TO COMPLAINT**

Status Conference
Date: February 12, 2026 at 1:30 p.m.

11

12 | 1.   Legal conclusion as to adversary case filing. Admit that adversary was filed under 523(a)(2)(A) and 523(a)(6).
13 | 2.   Admit court has jurisdiction.
3.   Admit core proceeding.
14 | 4.   Admit to venue.
5.   No response required because it is plaintiff saying does not consent final judgment.
15 | 6.   Deny based on lack of information and belief.
7.   Admit.
16 | 8.   Deny. I made more payments.
9.   Deny
17 | 10.   Deny.  The bank told me the account will need to close, so I paid vendors and closed the account.  I gave plaintiff bank statements to show this.
18 | 11.   Deny.  I paid vendors and people who were owed money.  Copies of checks were given to plaintiff.
19 | 12.   Deny
13.   Deny
20 | 14.   Deny
15.   Deny
21 | 16.   Deny
17.   Admit I drive for Uber/Lyft.
22 | 18.   Deny.
19.   Deny.
23 | 20.   Deny.
21.   Deny
24 | 22.   States legal argument. I deny.
23.   Deny
25 | 24.   Deny.
25.   States summary.  I deny.
26

27

28

26.   States legal argument.
27.   Deny
28.   States legal argument.
29.   Deny. I did not use the loan money on my home.
30.   Deny. Roberts did not give me the loan.
31.   Deny.
32.   Deny.
33.   States summary.
34.   States legal argument.
35.   States legal argument.
36.   Deny.
37.   Deny.
38.   Deny.
39.   Deny.
40.   Deny.
41.   Deny.
42.   Deny.
43.   Deny, I did not commit fraud on plaintiff.

## DEFENSES

46.   Complaint fails to state facts in support of a claim for fraud or willful injury. I had a business, DBA, where I made custom furniture. I used the loan money on the business and vendors. The bank told me my account would be closed so I paid vendors and closed the bank account. I gave copies of checks and statements to plaintiff. I did not lie, commit fraud or intentionally injure plaintiff.

47.   Mr. Roberts did not give me the loan. He did not rely on the application or statements for me to get the loan.

Armen Davidian

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is 8517 Marklein Avenue, North Hills, CA 91343. A true and correct copy of the Answer will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/29/2025** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Sandra McBeth (TR)**    jwalker@mcbethlegal.com,
  CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL:** On **12/29/2025** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Gregg Roberts*
*43430 E. Florida Ave # F-293*
*Hemet, CA 92544*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/29/2025 | Narine Stepanyan | |
|---|---|---|
| Date | Type Name | Signature |