Armen Davidian
8517 Marklein Avenue
North Hills, CA 91343
Tel: +1 (323) 441-3722
Email: xcho520i@yahoo.com



**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br>Armen Davidian<br>                Debtor.<br>Gregg Roberts<br>                Plaintiff<br>v.<br>Armen Davidian<br>                Defendant | Adversary: 1:25-ap-01080-MB<br>BK Case No. 1:25-bk-11688<br>Chapter 7<br><br>**DEFENDANT'S ANSWER TO AMENDED COMPLAINT** |

1. Admit lawsuit filed in bankruptcy court.
2. Admit court has jurisdiction.
3. Admit core proceeding.
4. Admit to venue.
5. No comment – but deny.
6. Deny, I don't know.
7. I don't know if he is assignee.
8. Admit I am debtor.
9. Deny
10. Deny. I don't know why it was returned.
11. Deny. I don't remember.
12. Deny. I paid vendors.
13. Deny
14. Deny
15. Deny
16. Deny
17. Deny.
18. Deny.
19. Admit I drive for Uber / Lyft.
20. Deny.
21. Deny
22. I don't know. I deny.
23. Deny
24. Deny. I am living in my house and deserve my homestead.
25. I deny.
26. I deny.
27. Deny
28. Deny, I don't know what this means or have information.

29. Deny.
30. I don't know.
31. Admit
32. Admit
33. It is his opinion, I deny.
34. Deny
35. Deny
36. Deny.
37. Deny. Never asked me about Stepanyan loan.
38. Admit that pandemic caused big problems for my business.
39. Deny. I explained everything.
40. Deny.
41. Deny. I explained everything.
42. Deny. I explained everything.
43. Deny. No answer can be provided.
44. Deny.
45. Deny.
46. Deny.
47. Deny.
48. Deny.
49. Deny.
50. Deny.
51. Deny.
52. Deny.
53. Deny.
54. Deny.
55. Deny.
56. Deny.
57. Deny.
58. Deny.
59. Deny.
60. Deny.
61. Deny.
62. Deny.
63. Deny.
64. Deny.
65. Deny.
66. Deny.
67. Deny.
68. Deny.
69. Deny.
70. Deny.
71. Deny.
72. Deny.
73. Deny.
74. Deny.

## **DEFENSES**

75. Complaint does not have facts in support of a claim for fraud or willful injury. I had a business, DBA, where I made custom furniture. I used the loan money on the business and vendors. The bank told me my account would be closed so I paid vendors and closed the bank account. I gave copies of checks and statements to plaintiff. I did not lie, commit fraud or intentionally injure plaintiff.

76. Mr. Roberts did not give me the loan. He did not rely on the application or statements for me to get the loan.

77. Roberts is asking me for bank statements from 2019. Bank does not have them and that is not my fault.

78. I gave Roberts all of the bank statements that the bank gave me.

79. Roberts is asking for records from 7 years ago. It is not possible for me or any business owner to keep records for 7 years.

80. Roberts is making false statements. I gave him all of the documents I had. I used the money for primarily business purpose.

_____
Armen Davidian

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is 8517 Marklein Avenue, North Hills, CA 91343. A true and correct copy of the Answer will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/5/2026** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL:** On 2/5/2026 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

*Gregg Roberts*
*43430 E. Florida Ave # F-293*
*Hemet, CA 92544*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

02/09/26    Narine Stepanyan    [signature]
Date    Type Name    Signature

4