**Armen Davidian**
8517 Marklein Avenue
North Hills, CA 91343
323-441-3722
Xcho520i@yahoo.com

Defendant

FILED

APR 2 8 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                         Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ARMEN DAVIDIAN,<br><br>    Debtor.<br><br>GREGG ROBERTS,<br><br>v.<br><br>ARMEN DAVIDIAN | ) Case No.: 1:25-ap-01080-MB<br>)<br>) Chapter 7<br>)<br>) OPPOSITION TO MOTION FOR RELIEF FROM<br>) ORDER DETERMINING FIRST AMENDED<br>) COMPLAINT TIMELY<br>)<br>) Date: May 27, 2026 at 2:30 p.m.<br>) Place: 21041 Burbank Blvd. Crt 301<br>)    Burbank, CA 91367 |

   The court should not to let plaintiff Mr. Roberts file anew complaint to include new cause of action for Section 727 because the deadline to bring <u>all actions</u> was December 8, 2025. He is trying to use Section 727 deny my discharge to scare me to settle with him. When a deadline has passed, he should not be allowed to put new cause of action after the deadline. He has not shown good reason for missing the deadline. Under FRBP 4007, when a deadline has passed, the court cannot extend the deadline.

   I will defend this case at trial. Mr. Roberts purchased the judgment from the original creditor Retail Capital. I have not seen proof that Mr. Roberts purchased the judgment. I borrowed money from Retail Capital in 2019 for my business. After the pandemic, my business closed. I used the money for my business. Mr. Roberts is asking for proof of use of funds from over 7 years ago. I gave him all the bank statements I could get from the bank.

   I ask the court to please deny Mr. Roberts motion to add new cause of action under Section 727 because the deadline has passed. I filed my answer to the first complaint.

**Armen Davidian, Defendant**

1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to the case. I reside in Los Angeles County. I served a copy of this Opposition as follows:

**SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Gregg Robert
43430 E. Florida Avenue F293
Hemet, CA 92544

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

04/27/26                    _Narine Stepanyan_

_Date_                          _Printed Name_                          _Signature_