| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Gregg Roberts<br>Assignee of Record and Judgment Creditor, Pro Se<br>43430 E Florida Ave F-293<br>Hemet CA 92544<br>951-330-4450<br>gregg@legalsupport-sc.com | FOR COURT USE ONLY |
|---|---|
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Armen Davidian<br><br><div align="right">Debtor(s).</div> | CASE NO.:        1:25-bk-11688-MB<br><br>ADVERSARY NO.:  1:25-ap-01080-MB<br><br>CHAPTER:         7 |
|---|---|
| Gregg Roberts<br><br><div align="right">Plaintiff(s).</div><div align="center">vs.</div>Armen Davidian<br><br><div align="right">Defendant(s).</div> | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:        May 27, 2026<br>TIME:        1:30 PM<br>COURTROOM:  303<br>ADDRESS:     21041 Burbank Blvd<br>                 Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes  ☐ No

2. Have all parties filed and served answers to the Claims Documents? ☒ Yes  ☐ No

3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes  ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                          **F 7016-1.STATUS.REPORT**

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

An Answer was filed to the original complaint. The plaintiff filed a first amended complaint which was also answered, but the Court said that he was going to strike it as untimely. The plaintiff has filed a motion under FRBP 9024 for relief, to make the first amended complaint the operative complaint. Supplemental briefing on that matter has been completed and it is to be discussed at the upcoming status hearing on May 27 at 2:30 PM.

B.  <u>READINESS FOR TRIAL</u>:

1.  When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| January 2027 | January 2027 |

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plaintiff has had significant health issues in 2025 and wishes to allow for extra time in case the same thing happens in 2026. | N/A. |

3.  When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| May 2026 | Same |

4.  What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| None currently known. | Same |

C.  <u>TRIAL TIME</u>:

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| One-two days. | |

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Three to seven. | Two |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                                    **F 7016-1.STATUS.REPORT**

3.  How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>

10-20.

<u>Defendant</u>

Not sure.

D.  **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pretrial conference ☒ is ☐ is not  requested
Reasons:
  Both parties are unrepresented and would welcome any guidance the Court wishes to offer.

<u>Defendant</u>

Pretrial conference ☒ is ☐ is not  requested
Reasons:

<u>Plaintiff</u>

Pretrial conference should be set <u>after</u>:

(*date*) 8/1/2027

<u>Defendant</u>

Pretrial conference should be set <u>after</u>:

(*date*) 8/1/2027

E.  **SETTLEMENT:**

1.  What is the status of settlement efforts?
    The parties are currently far apart on settlement.

2.  Has this dispute been formally mediated?        ☐ Yes   ☒ No
    If so, when?

3.  Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>

☒ Yes  ☐ No

<u>Defendant</u>

☐ Yes  ☒ No

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## F.  FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

<u>Plaintiff</u>

☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

## G.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: (*Use additional page if necessary*)

Direct written testimony by declaration followed by cross would be expected and acceptable to the Plaintiff.

Defendant statement:  Mr. Roberts should not be able to add new cause of action for 727 denial after the deadline has passed.   I will defend myself at trial because I did nothing wrong.  I gave all documents I have in my control to Mr. Roberts.  He wants documents from 2019 which the banks nor myself have.

Respectfully submitted,

Date: ~~05/12/2026~~ 5/14/2026

N/A
Printed name of law firm

*Gregg Roberts* (signature)
Signature

Gregg Roberts
Printed name

Attorney for:  Creditor/Plaintiff Pro Se

Date: ~~05/12/2026~~ 05/14/2026 A.D.

N/A
Printed name of law firm

(signature)
Signature

Armen Davidian
Printed name

Attorney for:  Debtor/Defendant Pro Se

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 4                                    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

43430 E Florida Ave #F, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*):  Joint Status Report _____
_____
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I do not have access to CM/ECF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __05/14/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Armen Davidian, 8517 Marklein Ave, North Hills CA 91343
Judge: Hon. Martin R. Barash, US Bankruptcy Court, 21041 Burbank Blvd, Ste 342, CR 303, Woodland Hills CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 05/14/2026 | *Vito A. Vitale III* | *Vito A. Vitale III* (signature) |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**