**FILED**

MAY 2 6 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                          Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | BK No:   25-11688-MB |
|---|---|
| ARMEN DAVIDIAN,<br><br><div align=right>Debtor</div> | ADV No.: 25-01080-MB |
| GREGG ROBERTS,<br><br><div align=right>Plaintiff(s)</div><br>v<br>ARMEN DAVIDIAN,<br><br><div align=right>Defendant(s)</div> | **NOTICE OF RESCHEDULED HEARINGS:**<br><br>1. **Motion for relief from order determining first amended complaint untimely; and**<br><br>2. **Status conference re complaint** |
|  | **CURRENT DATE AND TIME**<br>**Date:   MAY 27, 2026**<br>**Time:   2:30 PM**<br>**Place:   Courtroom 303**<br><br>**NEW DATE AND TIME**<br>Date    **JUNE 3, 2026**<br>Time:   **1:30 PM**<br>Place:   **Courtroom 303 and via ZoomGov**<br>**See Attached availability of ZoomGov connection information** |

TO: SEE ATTACHED:

PLEASE TAKE NOTICE THAT ON THE COURT'S OWN MOTION,

the hearings in the above adversary proceeding originally scheduled for May 27, 2026 at 1:30 PM in Courtroom 303 have been changed to **June 3, 2026 at 1:30 PM** before the Honorable Martin R. Barash in Courtroom 303 of the United States Bankruptcy Court, San Fernando Valley Division, 21041 Burbank Blvd., Woodland Hills, CA 91367.

Dated:  May 26, 2026

*/s/ Julie Cetulia*
Deputy Clerk

I HEREBY CERTIFY that a copy of the NOTICE attached hereto was served either by Notice of Electronic Filing ("NEF") or by U.S. Mail, as indicated below, to the following parties on May 26, 2026

## NEF (electronic service)

- **Sandra McBeth (TR)**   jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

## Electronic Mail (eMail):

**Gregg Roberts**
gregg@legalsupport-sc.com

**Armen Davidian**
xcho520i@yahoo.com


## U.S Mail


**Armen Davidian**
8517 Marklein Avenue
North Hills, CA 91343

**Gregg Roberts**
43430 E Florida Ave #F-293
Hemet, CA 92544


Kathy Campbell, Clerk of Court
U.S. Bankruptcy Court

By: __/s/ Julie Cetulio___
Courtroom Deputy

**All hearings on this calendar will be conducted in Courtroom 303 at 21041 Burbank Boulevard, Woodland Hills, California, 91367. All parties in interest, members of the public and the press may attend the hearings on this calendar in person.**

**Additionally, (except with respect to evidentiary hearings, or as otherwise ordered by the Court) parties in interest (and their counsel) may connect by ZoomGov audio and video free of charge, using the connection information provided below. Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited.**

Parties in interest may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone). Members of the public, the press and parties in interest may participate by audio only using a telephone (standard telephone charges may apply).

Neither a Zoom nor a ZoomGov account is necessary to participate remotely and there are no fees for doing so. No pre-registration or prior approval is required.
The audio portion of each hearing will be recorded electronically by the Court and that recording will constitute its official record. Recording, retransmitting, photographing or imaging Court proceedings by any means is strictly prohibited.

| | |
|---|---|
| **Video/audio web address:** | **https://cacb.zoomgov.com/j/1607645969** |
| **ZoomGov meeting number:** | **160 764 5969** |
| **Password:** | **407208** |
| **Telephone conference lines:** | **1 (669) 254 5252 or 1 (646) 828 7666** |

For more information on appearing before Judge Barash by ZoomGov, please see the information entitled "Tips for a Successful ZoomGov Court Experience" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-martin-r-barash under the tab "Telephonic Instructions."