# IMPORTANT INFORMATION:

## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

As of 03/12/2019, your account has earned $3.80 in Cash Rewards this year and $3.80 since enrolling in the Bank of America Relationship Rewards program because of your Bank of America Merchant Services processing.

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 03/29/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ◯ $3,000+ minimum daily balance in primary checking account
- ◯ $5,000+ average monthly balance in primary checking account
- ◯ $15,000+ combined average monthly balance in linked business accounts
- ✓ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

Bank of America **Business Advantage**

Thank you for your business

We're committed to finding the smartest path to long-term growth for your business.

Our Small Business Specialists will work with you to help strengthen your business and plan for the future.

Please visit **bankofamerica.com/SmallBusiness** to learn more.

AR7RNN9G|SSM-01-19-2811.B

This page intentionally left blank

BANK OF AMERICA

DE5-024-02-08
PO Box 15047
Wilmington, DE 19850-5047

Documents Included

LP 1103 693 272 01446 #@03 SP 0.780

ARMEN DAVIDIAN
8517 MARLEIN AVE
NORTH HILLS CA 91343

**Date**
October 30, 2025

**Regarding Account number ending in**
1868

**Reference number**
20251030000382

## Here's the best image we could capture of the item(s) you requested.

If you requested more than one document or you made multiple requests, we may send them separately to make sure you get them as soon as possible – any remaining item(s) should arrive within five business days.

Thank you for being our client.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

BANK OF AMERICA

**Capture date: 03/06/2019 Sequence#: 8592078440**

**ARMEN DAVIDIAN SOLE PROP**
**DBA GS CUSTOM BAR & FURNITURE**
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1049
11-35/1210 CA
91585

DATE 03 06 19

PAY TO THE ORDER OF GAG Custom Desigh $ 19.000.00

Ninteen thousand 00 DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001049⑈ ⑆121000358⑆ [redacted] 1868⑈

Security Features exceed industry standards and include:
- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ORIGINAL DOCUMENT

Chemical Wash Detection Box

COLOR INSIDE THIS BOX ... BE WHITE

0091000224 03062019
E 1124 ID 453 PKT 01
7576270446

ENDORSE HERE

X

CREDITED TO THE ACCOUNT OF THE WITHIN NAMED PAYEE
7237 US Bank 7237

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**No Electronic Endorsements Found**

Capture date: 03/07/2019 Sequence#: 8692171951

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1005
11-35/1210 CA
91585

DATE 03,06,19

PAY TO THE ORDER OF ATRUCKING $ 9800.00

Nine thousand eight hundred 00 DOLLARS

Bank of America

ACH R/T 121000358

FOR

⑈001005⑈ ⑆121000358⑆ [redacted] 1868⑈

2244615975

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 72312
AU 72312

No Electronic Endorsements Found

**Capture date: 03/14/2019 Sequence#: 9592178196**

**ARMEN DAVIDIAN SOLE PROP**
**DBA GS CUSTOM BAR & FURNITURE**
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1011
11-35/1210 CA
91585

DATE 03/11/19

PAY TO THE ORDER OF VA VARTANI FASHION CUSTOM DESIGNER $ 16.000.00

Sixteen thousand 00/ DOLLARS

**Bank of America**
ACH R/T 121000358

FOR ____________________

⑈001011⑈ ⑆121000358⑆ [redacted] 1868⑈

...urity Features exceed industry standards and include:
- MobileMark℠. Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

**Do not cash if:**
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ORIGINAL DOCUMENT

Chemical Wash Detection Box

COLOR INSIDE THIS BOX BE WHITE

09100000224 03132019
24912 ID 453 PKT 01
7576694293

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

GS Custom Bar and Furniture

**No Electronic Endorsements Found**

BANK OF AMERICA

**Capture date: 03/14/2019 Sequence#: 9592178195**

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1010
11-35/1210 CA
91585

DATE 03/08/19

PAY TO THE ORDER OF ND Transportation $ 10.000.00

Ten thousand 00/100 DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001010⑈ ⑆121000358⑆ [redacted] 1868⑈

Security Features exceed industry standards and include:
- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

ORIGINAL DOCUMENT

Chemical Wash Detection Box

COLOR INSIDE THIS BOX BE WHITE

0031000224 03132019
124812 ID 453 PKT 01
7576694287

ENDORSE HERE

GS Custom Bar and Furniture

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

No Electronic Endorsements Found

Capture date: 03/12/2019 Sequence#: 9292183658

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3136

1013

11-35/1210 CA
91585

DATE 03/11/19

PAY TO THE ORDER OF Fly Venture Corp. $ 17.000 00

Seventeen thousand 000 DOLLARS

Bank of America

ACH R/T 121000358

FOR

⑈001013⑈ ⑆121000358⑆ [redacted]1868⑈

GS Custom Bar and Furniture

MOBILE DEPOSIT

No Electronic Endorsements Found

BANK OF AMERICA

Capture date: 03/12/2019 Sequence#: 9292183657

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1009

11-35/1210 CA 91585

DATE 03/11/19

PAY TO THE ORDER OF ZA Custom Remodeling $ 10,000.00

Ten thousand 00 DOLLARS

Bank of America

ACH R/T 121000358

FOR

⑈001009⑈ ⑆121000358⑆ [redacted] 1868⑈

GS Custom Bar and Furniture

No Electronic Endorsements Found

BANK OF AMERICA

**Capture date: 03/14/2019 Sequence#: 9592178197**

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1014
11-35/1210 CA
91585

DATE 03/08/19

PAY TO THE ORDER OF GAG Custom Design $ 12.000 00

Twelve thousand 00 DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001014⑈ ⑆121000358⑆ [redacted] 1868⑈

Security Features exceed industry standards and include:
- MobileMark℠, Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash Detection Box

INSIDE THIS BOX SHOULD BE WHITE

ORIGINAL DOCUMENT

1091 10000224 03132019
E74012 ID 453 PKT 01
7576694295

ENDORSE HERE

GS Custom Bar and Furniture

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

☐ CHECK HERE IF MOBILE DEPOSIT

**No Electronic Endorsements Found**

**Capture date: 03/14/2019 Sequence#: 9692604520**

**ARMEN DAVIDIAN SOLE PROP**
**DBA GS CUSTOM BAR & FURNITURE**
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1016
11-35/1210 CA
91505

DATE 03/13/19

PAY TO THE ORDER OF NB Transportation $ 10.000 00

Ten thousand 00 DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001016⑈ ⑆121000358⑆ [redacted] 1868⑈

Security Features exceed industry standards and include:
- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash Detection Box

COLOR INSIDE THIS BOX SHOULD BE WHITE

9910000224 03142019
E 4429 ID 453 PKT 01
7576741596

☐CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

GS Custom Bar and Furniture

**No Electronic Endorsements Found**

BANK OF AMERICA

**Capture date: 03/14/2019 Sequence#: 9592693833**

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1017

11-35/1210 CA
91585

DATE 03/13/19

PAY TO THE ORDER OF Star Canstruction $ 23,500.00

twenty three thousand five hundred 00 DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001017⑈ ⑆121000358⑆ [redacted] 1868⑈

GS Custom Bar and Furniture

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 72312

2240298899

**No Electronic Endorsements Found**

**Capture date: 03/01/2019 Sequence#: 9692816551**

**ARMEN DAVIDIAN SOLE PROP**
**DBA GS CUSTOM BAR & FURNITURE**
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1047
11-35/1210 CA
91585

DATE 03 01 19

PAY TO THE ORDER OF Armen Davidian $ 10.000 00

Ten thousand 00 DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001047⑈ ⑆121000358⑆ [redacted] 1868⑈

No Electronic Endorsements Found

Thu Oct 30 16:01:29 CT 2025 Reference number: 20251030000382 Page 8 of 18

**Capture date: 03/11/2019 Sequence#: 9192416451**

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1012
11-35/1210 CA
91585

DATE 03/08/19

PAY TO THE ORDER OF Fly Venture Corp. $ 22.000 00

Twenty two thousand 00 DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001012⑈ ⑆121000358⑆ [redacted]1868⑈

No Electronic Endorsements Found

BANK OF AMERICA

Capture date: 03/11/2019 Sequence#: 9192416452

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7446 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1008

11-35/1210 CA
91585

DATE 03/08/19

PAY TO THE ORDER OF ZA Custom Remodeling $ 15.000.00

Fifteen thousand DOLLARS

Bank of America

ACH R/T 121000358

FOR

⑈001008⑈ ⑆121000358⑆ [redacted] 1868⑈

GS Custom Bar and Furniture

No Electronic Endorsements Found

BANK OF AMERICA

**Capture date: 03/11/2019 Sequence#: 9192253393**

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1015
11-35/1210 CA
91585

DATE 03/11/19

PAY TO THE ORDER OF Best Custom Design $ 8,000.00

Eight Thousand 00 DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001015⑈ ⑆121000358⑆ [redacted]1868⑈

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 72312 AU 72312

GS Custom Bar and Furniture

2243371153

No Electronic Endorsements Found

This page intentionally left blank.

**Capture date: 03/06/2019 Sequence#: 8492291948**

**ARMEN DAVIDIAN SOLE PROP**
**DBA GS CUSTOM BAR & FURNITURE**
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3136

1002
11-35/1210 CA
91585

DATE 03, 06, 19

PAY TO THE ORDER OF Best Custom Design $ 24,600.00

Twenty Four thousand Six hundred 00 DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001002⑈ ⑆121000358⑆ [redacted] 1868⑈

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

**No Electronic Endorsements Found**

BANK OF AMERICA

**Capture date: 03/01/2019 Sequence#: 9692273220**

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1048

11-35/1210 CA
91585

DATE 03/01/19

PAY TO THE ORDER OF GS Custom Bar and Furniture $ 15,000.00

Fifteen thousand 00 DOLLARS

Bank of America

ACH R/T 121000358

FOR

⑈001048⑈ ⑆121000358⑆ [redacted] 1868⑈

2244614340

ENDORSE HERE IF MOBILE DEPOSIT

GS Custom Bar and Furniture

**No Electronic Endorsements Found**

**Capture date: 03/06/2019 Sequence#: 8392924990**

**ARMEN DAVIDIAN SOLE PROP**
**DBA GS CUSTOM BAR & FURNITURE**
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3136

1004
11-35/1210 CA
91585

DATE 03.06.19

PAY TO THE ORDER OF GS Custom Bar and furniture $ 35.000.00

thrty Five thousand DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001004⑈ ⑆121000358⑆ [redacted] 1868⑈

Security features:
- Chemical Wash Detection Box
- The Security Weave pattern on the back
- Microprint lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or spots appear on both front and back, and in Chemical Wash Detection Box

CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

224265014

ENDORSE HERE
GS Custom bar and furniture

**No Electronic Endorsements Found**

BANK OF AMERICA

**Capture date: 03/06/2019 Sequence#: 8592078439**

ARMEN DAVIDIAN SOLE PROP
DBA GS CUSTOM BAR & FURNITURE
7445 LAUREL CANYON BLVD UNIT B
NORTH HOLLYWOOD CA 91605-3135

1003

11-35/1210 CA
91585

DATE 02,06,19

PAY TO THE ORDER OF NB Transportation $ 19.170 00

Ninteen thousand one hundred seventy 00 DOLLARS

Bank of America
ACH R/T 121000358

FOR

⑈001003⑈ ⑆121000358⑆ [redacted] 1868⑈

Security Features exceed industry standards and include:
- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash Detection Box

COLOR INSIDE THIS BOX SHOULD BE WHITE

00910000224 03062019
1124 ID 453 PKT 61
7576270444

ENDORSE HERE
X

CREDITED TO THE ACCOUNT OF THE WITHIN NAMED PAYEE
7237 US Bank 7237

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**No Electronic Endorsements Found**

# State of California
## Secretary of State

**S**

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G586676**

**FILED**

**In the office of the Secretary of State of the State of California**

**APR-18 2019**

This Space for Filing Use Only

1. **CORPORATE NAME**
FLY VENTURE CORPORATION

2. **CALIFORNIA CORPORATE NUMBER**
C2837540

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| Item | City | State | Zip Code |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>2435 BROMPTON CT, PALMDALE, CA 93551 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>2435 BROMPTON CT, PALMDALE, CA 93551 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4<br>2435 BROMPTON CT, PALMDALE, CA 93551 | | | |

[redacted]

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| Officer | Address | City | State | Zip Code |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/<br>OGANES TOROSYAN | 2435 BROMPTON CT, PALMDALE, CA 93551 | | | |
| 8. SECRETARY<br>OGANES TOROSYAN | 2435 BROMPTON CT, PALMDALE, CA 93551 | | | |
| 9. CHIEF FINANCIAL OFFICER/<br>OGANES TOROSYAN | 2435 BROMPTON CT, PALMDALE, CA 93551 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| 10. OGANES TOROSYAN | 2435 BROMPTON CT, PALMDALE, CA 93551 | | | |
| 11. | | | | |
| 12. | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]
OGANES TOROSYAN

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** — CITY — STATE — ZIP CODE
2435 BROMPTON CT, PALMDALE, CA 93551

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
LIMOUSINE SERVICE

**RFA 1 Ex 4, Bates 185**

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 04/18/2019 | OGANES TOROSYAN | CEO | |

**Exhibit 5, p. 62 of 69**

**This page is part of your document - DO NOT DISCARD**

# 20190251159

**Pages: 0006**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**03/21/19 AT 09:19AM**

| | |
|---|---|
| FEES: | 59.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 150.00 |
| PAID: | 209.00 |

LEADSHEET

201903210930004

**00016391367**

009704636

**SEQ:**
**01**

DAR - Counter (Upfront Scan)

**THIS FORM IS NOT TO BE DUPLICATED**

E528330

RECORDING REQUESTED BY:
Armen Davidian

AND WHEN RECORDED MAIL TO:

Narine Stepanyan
8517 Marklein Avenue
North Hills, California 91343

**APN: 2654-017-018** SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DEED OF TRUST

**This Deed of Trust,** made this 13th day of March, 2019, between ARMEN DAVIDIAN, herein called TRUSTOR, whose address is 8517 Marklein Avenue, North Hills, California 91343, NARINE STEPANYAN, herein called TRUSTEE, and NARINE STEPANYAN, herein called BENEFICIARY,

**Witnesseth:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Los Angeles County, California, described as:

Legal Description:

Lot 1 of Tract 22253, in the City of Los Angeles, County of Los Angeles, State of California, as Per Map Recorded in Book 621, Page(s) 82 to 85 Inclusive of Maps, in the County Recorder of Los Angeles County.

More commonly known as: 8517 Marklein Avenue, North Hills, California 91343.
APN: 2654-017-018

TOGETHER WITH the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

**For the Purpose of Securing:**

1. Performance of each agreement of Trustor herein contained. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of **$300,000.00,** executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of such property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

**To Protect the Security of This Deed of Trust, Trustor Agrees:**

(1) To keep said property in good condition and repair; not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike

manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefor; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon; not to commit or permit waste thereof; not to commit, suffer or permit any act upon said property in violation of law; to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumerations herein not excluding the general.

(2) To provide, maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon any indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor. Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(3) To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed.

(4) To pay: at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; when due, all encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior or superior hereto; all costs, fees and expenses of this Trust.

Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

(5) To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereof, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

(6) That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such moneys received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

(7) That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

(8) That at any time or from time to time, without liability therefrom and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

(9) That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in such reconveyance may be described as "the person or persons legally entitled thereto."

(10) That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(11) That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such

time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of his Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of: all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

(12) Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties. Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

(13) That this Deed applies to, inures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledgees, of the note secured hereby, whether or not named as Beneficiary herein. In this Deed, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

(14) That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

______________________
**ARMEN DAVIDIAN**

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

On 03/12/2019 (DATE) before me, Mayra E. Jimenez, a Notary Public (NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"),

personally appeared Armen Davidian (NAME(S) OF SIGNER(S)),

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their/authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SIGNATURE OF NOTARY PUBLIC

MAYRA E. JIMENEZ
COMM. # 2261239
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. OCT. 5, 2022
(NOTARY SEAL)

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

### CAPACITY CLAIMED BY SIGNER

- ☐ INDIVIDUAL
- ☐ CORPORATE OFFICER

  TITLE(S)
- ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL
- ☐ ATTORNEY-IN-FACT
- ☐ TRUSTEE(S)
- ☐ GUARDIAN/CONSERVATOR
- ☐ OTHER:

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

### DESCRIPTION OF ATTACHED DOCUMENT

TITLE OR TYPE OF DOCUMENT

NUMBER OF PAGES

DATE OF DOCUMENT

SIGNER(S) OTHER THAN NAMED ABOVE

LS-5907

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
43430 E Florida Ave #F, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*): PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS, with five exhibits identified collectively as Bates 134-191.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 05/20/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Armen Davidian, 8517 Marklein Ave, North Hills CA 91343

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/20/2026 | Jon Vigneron | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Exhibit 6

Gregg Roberts
43430 E Florida Ave F-293
Hemet CA 92544
951-350-5371
gregg@legalsupport-sc.com
Assignee of Record and Judgment Creditor, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re Armen Davidian,<br>Debtor<br>Gregg Roberts,<br>Assignee of Record and Judgment Creditor,<br>v.<br>Armen Davidian,<br>Debtor / Defendant | Case #1:25-bk-11688-MB<br>Chapter 7<br>Adv. No. #1:25-ap-01080-MB<br>**PLAINTIFF GREGG ROBERTS' FIRST SET OF INTERROGATORIES TO DEFENDANT ARMEN DAVIDIAN** |

---

Defendant Armen Davidian ("Defendant") is requested to answer the following Interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure (https://www.law.cornell.edu/rules/frcp/rule_33), made applicable here by Rule 7033 of the Federal Rules of Bankruptcy Procedure (https://www.law.cornell.edu/rules/frbp/rule_7033).

**INSTRUCTIONS**

1. Each Interrogatory shall be answered separately and fully in writing under oath.

2. If You object to an Interrogatory, state the specific grounds for the objection and answer the remaining portion to which no objection is asserted.
3. If You cannot answer an Interrogatory in full after reasonable inquiry, answer to the extent possible, specifying the portion that You are unable to answer and the reasons for Your inability to answer fully.
4. These Interrogatories are continuing in nature. If You obtain additional responsive information after serving Your responses, You are required to supplement Your responses pursuant to Rule 26(e).
5. Any document referred to in a response should be identified by Bates number if previously produced.

**DEFINITIONS**

"Retail Capital" means Retail Capital LLC and/or its agents, representatives, successors, assigns, and affiliated entities.

"Property" means the real property located at 8517 Marklein Avenue, North Hills, California 91343.

"Stepanyan Deed of Trust" means the Deed of Trust recorded on March 21, 2019, as Instrument No. 2019-0251159 in the Official Records of Los Angeles County, identifying Narine Stepanyan as beneficiary (Exhibit 5 to the Plaintiff's First Set of Requests for Admissions (Bates 186-191).

"You" or "Your" means Defendant Armen Davidian.

**INTERROGATORY NO. 1**

Identify all loans, advances, merchant cash advances, lines of credit, or other financing that You obtained, applied for, negotiated, or received during the period January 1, 2019 through May 31, 2019, including:

(a) the identity of the lender or source;

(b) the amount;

(c) the date funds were received;

(d) the institution and account into which the funds were deposited; and

(e) the disposition of the proceeds.

**INTERROGATORY NO. 2**

State all facts concerning Your understanding, at the time You obtained the Retail Capital financing, regarding whether obtaining additional financing during the term of the Retail Capital obligation would constitute an event of default.

**INTERROGATORY NO. 3**

State all facts concerning any effort by You to:

(a) obtain Retail Capital's consent to obtain additional financing;

(b) obtain Retail Capital's consent to use loan proceeds for purposes unrelated to Your furniture business;

(c) renegotiate or restructure the Retail Capital obligation;

or

(d) cure any default under the Retail Capital obligation.

**INTERROGATORY NO. 4**

Identify each person or entity to whom checks or transfers totaling more than $5,000 were made from Your Bank of America account during March 2019, and for each:

(a) state the amount;

(b) the purpose of the payment;

(c) whether You possess invoices or supporting documentation;

and

(d) in what way(s) the recipient related to the furniture business.

**INTERROGATORY NO. 5**

State all facts concerning the business activities of NB Transportation and Fly Venture Corporation known to You during 2019.

**INTERROGATORY NO. 6**

State all facts concerning any ownership interest, investment interest, profit-sharing arrangement, employment relationship, or anticipated business relationship You had with:

(a) NB Transportation;

(b) Fly Venture Corporation;

or

(c) any limousine or transportation-related business

from January 1, 2019 through December 31, 2021.

**INTERROGATORY NO. 7**

State all facts concerning the alleged loan from Narine Stepanyan, including:

(a) when discussions began;

(b) how the loan amount was determined;

(c) how funds were transferred;

(d) the source of the funds;

(e) all repayment terms;

(f) all collateral;

and

(g) all payments ever made on the alleged obligation.

**INTERROGATORY NO. 8**

Identify all documents supporting Your contention that Narine Stepanyan actually paid $300,000 or any other amount to You as allegedly secured by the "Stepanyan Deed of Trust".

**INTERROGATORY NO. 9**

State all facts concerning expenditures made on the Property during the period March 2019 through May 2026, including:

(a) mortgage payments;

(b) improvements;

(c) renovations;

(d) contractor payments;

and

(e) principal reductions;

and the sources of each of those expenditures.

**INTERROGATORY NO. 10**

State all facts supporting Your contention that COVID-19 caused or materially contributed to Your inability to repay Retail Capital, including the dates on which You contend such effects first occurred.

**INTERROGATORY NO. 11**

Identify all accounts into which:

(a) proceeds of the Retail Capital financing;

(b) proceeds of the alleged Stepanyan loan;

or

(c) proceeds of any other 2019 financing

were deposited, transferred, or routed.

**INTERROGATORY NO. 12**

Describe all efforts You made to preserve records relating to:

(a) the Retail Capital funds;

(b) the alleged Stepanyan loan;

(c) the WebBank and/or Swift Financial loan proceeds;

and

(d) the checks identified in Exhibit 3 to the Plaintiff's First Set of Requests for Admissions (Bates 165-184).

**INTERROGATORY NO. 13**

Identify all addresses at which Narine Stepanyan works, resides, and/or receives mail, and when she stopped receiving mail at the Property.

Dated this 22nd day of May, 2026.

Respectfully submitted,

[signature]

Gregg Roberts
Assignee of Record and Judgment Creditor, Pro Se

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
43430 E Florida Ave #F, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*): PLAINTIFF GREGG ROBERTS' FIRST SET OF INTERROGATORIES TO DEFENDANT (7 pages); and PLAINTIFF GREGG ROBERTS' FIRST SET OF REQUESTS FOR DOCUMENTS PROPOUNDED TO DEFENDANT ARMEN DAVIDIAN (6 pages)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 05/22/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Armen Davidian, 8517 Marklein Ave, North Hills CA 91343

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/22/2026 | Ann Vicaneron | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Exhibit 7

Gregg Roberts
43430 E Florida Ave F-293
Hemet CA 92544
951-350-5371
gregg@legalsupport-sc.com
Assignee of Record and Judgment Creditor, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re Armen Davidian,<br>Debtor<br>Gregg Roberts,<br>Assignee of Record and Judgment Creditor,<br>v.<br>Armen Davidian,<br>Debtor / Defendant | Case #1:25-bk-11688-MB<br>Chapter 7<br>Adv. No. #1:25-ap-01080-MB<br>**PLAINTIFF GREGG ROBERTS' FIRST SET OF REQUESTS FOR DOCUMENTS PROPOUNDED TO DEFENDANT ARMEN DAVIDIAN** |

Defendant Armen Davidian ("Defendant") is requested to produce the documents and electronically stored information described below pursuant to Rule 34 of the Federal Rules of Civil Procedure (https://www.law.cornell.edu/rules/frcp/rule_34), made applicable here by Rule 7034 of the Federal Rules of Bankruptcy Procedure (https://www.law.cornell.edu/rules/frbp/rule_7034).

**INSTRUCTIONS**

1. Each Request for Production shall be responded to separately in writing.

2. For each Request, state whether inspection and related activities will be permitted as requested, or state with specificity the grounds for any objection.

3. If You object to part of a Request, produce all responsive materials to which no objection is asserted.

4. If any responsive document was once in Your possession, custody, or control but no longer is, identify the document and explain its disposition.

5. These Requests are continuing in nature. If You obtain additional responsive documents or information after serving Your responses, You are required to supplement Your responses pursuant to Rule 26(e).

6. Any responsive documents previously produced should be identified by Bates number.

7. Electronically stored information may be produced in native format or in reasonably usable form.

**DEFINITIONS**

“Document” and “documents” shall have the broadest meaning permitted under Rule 34 and include electronically stored information.

“Retail Capital” means Retail Capital LLC and/or its agents, representatives, successors, assigns, and affiliated entities.

“Property” means the real property located at 8517 Marklein Avenue, North Hills, California 91343.

"Stepanyan Deed of Trust" means the Deed of Trust recorded on March 21, 2019, as Instrument No. 2019-0251159 in the Official Records of Los Angeles County, identifying Narine Stepanyan as beneficiary.

"You" or "Your" means Defendant Armen Davidian.

**REQUEST FOR PRODUCTION NO. 1**

All documents relating to the Retail Capital financing, including applications, agreements, communications, underwriting materials, recordings, repayment schedules, and notices of default.

**REQUEST FOR PRODUCTION NO. 2**

All documents relating to any financing obtained by You during 2019 from any source other than Retail Capital, including WebBank and/or Swift Financial.

**REQUEST FOR PRODUCTION NO. 3**

All bank statements, cancelled checks, wire records, deposit records, and transaction histories for all accounts into which Retail Capital funds or other March 2019 loan proceeds were deposited.

**REQUEST FOR PRODUCTION NO. 4**

All invoices, contracts, receipts, purchase orders, work orders, or other documents supporting the checks and withdrawals identified in Exhibit 3 to the Plaintiff's First Set of Requests for Admissions (Bates 165-184).

**REQUEST FOR PRODUCTION NO. 5**

All documents relating to NB Transportation and Fly Venture Corporation in Your possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 6**

All documents relating to the alleged loan from Narine Stepanyan, including:

(a) promissory notes;

(b) communications;

(c) transfer records;

(d) bank records;

(e) repayment records;

(f) security agreements;

and

(g) tax documents.

**REQUEST FOR PRODUCTION NO. 7**

All documents evidencing the source of any funds allegedly advanced by Narine Stepanyan.

**REQUEST FOR PRODUCTION NO. 8**

All documents relating to expenditures on the Property during the period March 2019 through December 2020, including mortgage payments, contractor payments, renovation expenses, and material purchases.

**REQUEST FOR PRODUCTION NO. 9**

All documents relating to Your contention that COVID-19 caused or materially contributed to Your inability to repay Retail Capital.

**REQUEST FOR PRODUCTION NO. 10**

All communications between You and Retail Capital concerning:

(a) additional financing;

(b) default;

(c) repayment;

(d) restructuring;

or

(e) use of loan proceeds.

**REQUEST FOR PRODUCTION NO. 11**

Documents sufficient to evidence the current residence, work, or mailing address of Narine Stepanyan, and the date when she allegedly stopped receiving mail at the Property address.

**REQUEST FOR PRODUCTION NO. 12**

Documents including emails and text messages between you and Narine Stepanyan concerning any of the following:

(a) The Stepanyan Deed of Trust,

(b) The indebtedness represented by that Deed of Trust;

(c) The alleged dispute between You and Narine Stepanyan regarding the indebtedness represented by the Deed of Trust; and

(d) The subpoena directed to Narine Stepanyan by the Plaintiff (a copy of which was also served upon You).

Dated this 22nd day of May, 2026.

Respectfully submitted,

[signature]

Gregg Roberts
Assignee of Record and Judgment Creditor, Pro Se

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
43430 E Florida Ave #F, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*): PLAINTIFF GREGG ROBERTS' FIRST SET OF INTERROGATORIES TO DEFENDANT (7 pages); and PLAINTIFF GREGG ROBERTS' FIRST SET OF REQUESTS FOR DOCUMENTS PROPOUNDED TO DEFENDANT ARMEN DAVIDIAN (6 pages)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/22/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Armen Davidian, 8517 Marklein Ave, North Hills CA 91343

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/22/2026 | Ann Vicaneron | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.